IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | Case Nos. 2:02cr90 & 2:04cr128 |
| | ) | |
| Geddy Lee Whitetail a/k/a Geddy Lee Dubois, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant came before the Court on charges that he violated the conditions of his supervised release. The matter was referred to Magistrate Judge Alice Senechal. On January 27, 2006, Defendant appeared before Magistrate Judge Senechal and admitted to the violations in the petition. On February 3, 2006, Magistrate Judge Senechal issued her Report and Recommendation recommending that his supervised release be revoked, that he be incarcerated for seven months, and that, following his incarceration, he be on supervised release for eighteen months. On February 8, the defendant filed his notice that he did not object to this recommendation.

The Court has reviewed the Report and Recommendation, along with the petition, and finds that the Magistrate Judge's position is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety.

**IT IS SO ORDERED.**

Dated this 8th day of February, 2006.

Ralph R. Erickson, District Judge
United States District Court